UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                                 Plaintiff,

                                                                                                DECISION AND ORDER

                                                                                                06-CR-6230L

              v.

RICHARD RAMOS,

                                               Defendant.
_____

      Defendant Richard Ramos is currently scheduled to be sentenced on June 13, 2007 on his guilty plea to a two count Information charging conspiracy to distribute cocaine and possession of a firearm by a felon. He now moves for release pending sentence. Defendant faces a 120 month term of imprisonment unless the Government moves for departure based on his substantial assistance, at which time the Government will move for a sentence within the range of 57 to 71 months imprisonment.

      Ramos's request to be released has been denied on three separate occasions by judicial officers. Magistrate Judge Jonathan W. Feldman ordered him detained as a danger to the community by Order entered August 1, 2006 and that determination was affirmed on review by United States District Judge Charles J. Siragusa on August 28, 2006. Thereafter, when Ramos entered his guilty

plea on November 3, 2006 before Magistrate Judge Feldman, Ramos, once again, asked for release which was denied.

Now, Ramos, once again, seeks release or a furlough pending his sentence. Although I understand Ramos's stated desire to visit his family, his prior record is serious; there was evidence of serious alcohol and drug abuse; at least three orders of protection were entered against him for abusing women. Therefore, based on those facts and all the facts set forth at the detention hearing before Magistrate Judge Feldman on July 21, 2006, I deny defendant's request for release pending sentence.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       May 29, 2007.